FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 31, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUSTAVO MARTINEZ-GOMEZ,<br><br>Defendant. | No: 2:13-cr-00126-LRS-1<br><br>ORDER GRANTING MOTION TO DISMISS INDICTMENT AND QUASHING ARREST WARRANT |

Before the Court is the Government's Motion to Dismiss Indictment pursuant to Federal Rule of Criminal Procedure 48(a). ECF No. 38. The Court has reviewed the record and finds the motion should be granted but makes no judgment as to the merit or wisdom of this dismissal. Accordingly,

**IT IS ORDERED:**

1. The Motion to Dismiss Indictment, **ECF No. 38**, is **GRANTED.**

ORDER GRANTING MOTION TO DISMISS INDICTMENT - 1

2. The Indictment as to Gustavo Martinez-Gomez, **ECF No. 1**, is **DISMISSED** without prejudice.

3. The Arrest Warrant, **ECF No. 29**, is **QUASHED**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, U.S. Probation, and the U.S. Marshal, and close the file.

**DATED** October 31, 2023.

LONNY R. SUKO
Senior United States District Judge